```
JOHNATHAN DEWAYNE MCDOUGLE
1722 JUPITER RD
MENDENHALL, MS 39114

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612


M & T BANK
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240


PORTFOLIO RECOVERY
120 CORPORATE BLVD
NORFOLK, VA 23502
```