Certificate Number: 12433-MSS-DE-041332877

Bankruptcy Case Number: 26-02015

12433-MSS-DE-041332877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2026, at 10:46 o'clock AM PDT, Johnathan Dewayne Mcdougle completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 17, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher