IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE:<br><br>JOHNATHAN DEWAYNE MCDOUGLE,<br>DEBTOR,<br>*AKA JOHNATHAN D MCDOUGLE* | ) | CHAPTER 7<br><br>CASE NO. 26-02015-KMS |
| LAKEVIEW LOAN SERVICING, LLC AS SERVICED BY M & T BANK<br><br>VS.<br><br>JOHNATHAN DEWAYNE MCDOUGLE,<br>DEBTOR,<br>*AKA JOHNATHAN D MCDOUGLE* | ) | MOVANT<br><br>RESPONDENT |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**AND TO ABANDON PROPERTY**

COMES NOW Lakeview Loan Servicing, LLC as serviced by M & T Bank ("Movant"), by counsel, and shows this Court the following:

1. This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties, including, but not limited to, the right to foreclose on certain real property described herein.

2. Movant is the servicer of a loan secured by certain real property in which Debtor has an interest. Said real property is security for a promissory note, and is commonly known as ***1107 2Nd St Se, Magee, Mississippi 39111*** (the "Property"). A true, correct and redacted copy of the Deed of Trust is attached hereto as ***Exhibit A*** and it is incorporated herein by reference. A true, correct and redacted copy of Debtor's Promissory Note is attached and fully incorporated herein as ***Exhibit B***. A copy of the Assignment of Deed of Trust is attached as ***Exhibit C.*** The

Property herein is located in Simpson County, Mississippi, and is described as follows:

> **The West 88.00 feet of Lot 4, Block "G" of the Eastover Subdivision, Part 2, Simpson County, City of Magee, Mississippi.**
>
> **AND ALSO:**
>
> **PARCEL 2:**
> **Commence at the SE corner of Lot 4 of Block G and run Northeast along the boundary of Lots 4 and 5 153 feet, thence run West along the boundary of Lots 4 and 14 72 feet, thence run South 142 feet to the right of way, thence run along the southern boundary 8.8 feet back to the point of beginning, Said property being in Lot 4 of Block G, Eastover Subdivision, Part II, City of Magee, Simpson County, Mississippi.**
> **It is the intention to convey and encumber all of the interest in Lot 4, Block G, whether correctly described above or not.**
>
> **AND ALSO:**
> **Lot 5, of Block G of the Eastover Subdivision, Part II, City of Magee, Simpson County.**

3. M&T Bank services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Lakeview Loan Servicing, LLC. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

4. Debtor is in default of the monthly installments pursuant to the Note and Deed of Trust. As of August 13, 2026, Debtor is delinquent for five (5) payments of $1,141.61 each (April 1, 2025 – August 1, 2025) and twelve (12) payments of $1,247.08 each (September 1, 2025 – August 1, 2026), less suspense balance of $0.00, for a total delinquency of $20,673.01, pursuant to the Note.

5. As of August 13, 2026, the unpaid principal balance is $136,612.94, and interest

is due thereon in accordance with the Note. The current amount of unpaid interest on Movant's loan as of August 13, 2026, is $6,122.36. The estimated payoff amount is $155,395.70.

6. Because of Debtor's default and inability to make all required payments in the amounts and at the times they are required to be made, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

7. A Broker Price Opinion dated April 6, 2026, values the property at $160,000.00. Upon information and belief, Movant is not aware of any other liens against the Property.

8. Upon information and belief, since the filing of the petition herein, Debtor has remained in possession of and continues to use the Property. If Movant is not permitted to exercise its right to foreclose upon its security, it will suffer irreparable injury, loss and damage.

9. Movant requests it be permitted to contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

WHEREFORE, Movant prays as follows:

(1) for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with the exercise of its private power of sale and to foreclose under its Deed of Trust and appropriate state statutes;

(2) Because the Deed of Trust so provides, Debtor is responsible for Movant's reasonable attorney's fees;

(3) that Movant, at its option, be permitted to contact Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any

other potential loan workouts or loss mitigation agreements;

(4) for waiver of Bankruptcy Rule 4001 (a)(4); and

(5) for such other and further relief, both general and specific, as is just and equitable.

Respectfully submitted, this the 31st day of August, 2026.

**LAKEVIEW LOAN SERVICING, LLC AS SERVICED BY M & T BANK**

BY: ***/s/ Karen A. Maxcy***

Karen A. Maxcy
Mississippi Bar No. 8869
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone 770-643-7200
Email: Karen.Maxcy@mccalla.com
*Attorney for Movant*

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, do hereby certify that on this date, I served a copy of MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO ABANDON PROPERTY filed in this bankruptcy matter on the following parties at the addresses shown, through the Court's ECF/CMF system, and/or via U.S. Mail First Class, postage prepaid and properly addressed, to-wit:

**Debtor**
Johnathan Dewayne McDougle
1722 Jupiter Rd
Mendenhall, MS 39114

**Debtor's Attorney** ***(via ECF/CMF Electronic Notice)***
Thomas Carl Rollins,
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee** ***(via ECF/CMF Electronic Notice)***
**Derek A Henderson T1**
1765-A Lelia Drive
Suite 103
Jackson, MS 39216

**U.S. Trustee** ***(via ECF/CMF Electronic Notice)***
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

CERTIFIED, this the 31st day of August, 2026.

*/s/ Karen A. Maxcy*
Karen A. Maxcy