**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: September 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**JOHNATHAN DEWAYNE MCDOUGLE** **CASE NO. 26-02015 KMS**

**DEBTOR .** **CHAPTER 7**

**ORDER EXTENDING STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Lakeview Loan Servicing LLC (the “Motion”) (Dkt. #15) in the above referenced bankruptcy case and 11 U. S. C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided under the Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding, and

**IT IS THEREFORE ORDERED** that any stay provided by 11 U.S.C. §362 is hereby extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##