**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-3 DIVISIONAL OFFICE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| JOHNATHAN DEWAYNE MCDOUGLE,<br>DEBTOR,<br>*AKA JOHNATHAN D MCDOUGLE* | ) | CASE NO. 26-02015-KMS |
| LAKEVIEW LOAN SERVICING, LLC AS SERVICED BY M & T BANK | ) | MOVANT |
| VS. | ) | |
| JOHNATHAN DEWAYNE MCDOUGLE,<br>DEBTOR,<br>*AKA JOHNATHAN D MCDOUGLE* | ) | RESPONDENT |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**AND FOR ABANDONMENT OF PROPERTY** [DOCKET # _15_]

The Motion of Lakeview Loan Servicing, LLC as serviced by M & T Bank ("Movant"), was filed August 31, 2026 [Docket # __15__], regarding the real property and improvements located at and commonly known as ***1107 2Nd St Se, Magee, Mississippi 39111*** ("Property"), lying and being situated in the Southern Judicial District of Simpson County, Mississippi, and more particularly described as follows:

**The West 88.00 feet of Lot 4, Block "G" of the Eastover Subdivision, Part 2, Simpson County, City of Magee, Mississippi.**

**AND ALSO:**

**PARCEL 2:**
**Commence at the SE corner of Lot 4 of Block G and run Northeast along the boundary of Lots 4 and 5 153 feet, thence run West along the boundary of Lots 4 and 14 72 feet, thence run South 142 feet to the right of way, thence run along the southern boundary 8.8 feet back to the point of beginning, Said property being in Lot 4 of Block G, Eastover Subdivision, Part II, City of Magee, Simpson County, Mississippi.**
**It is the intention to convey and encumber all of the interest in Lot 4, Block G, whether correctly described above or not.**

**AND ALSO:**
**Lot 5, of Block G of the Eastover Subdivision, Part II, City of Magee, Simpson County.**

Notice of the Hearing and the Deadline for filing Responses were provided to each of the above-captioned parties in interest. No opposition to the Motion was filed of record. The Court is of the opinion that the Motion is well taken and should be sustained. Therefore, it is hereby

ORDERED that the 11 U.S.C. §362(a) automatic stay is lifted, and the subject property is abandoned, to allow Movant, its successors and assigns to assert its rights and remedies under applicable law with regard to the Property.

##**END OF ORDER**##

Prepared and submitted by:

Karen A. Maxcy, MS No. 8869
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
Direct Phone 770-643-7200
Email: Karen.Maxcy@mccalla.com